IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PROVIDENCE PROPERTY & CASUALTY INSURANCE COMPANY, | § § § | |
| Plaintiff and Counter-Defendant, | § § | |
| v. | § § | |
| PEOPLEASE CORPORATION AND PLC SERVICES, INC., | § § § | |
| Defendants and Counter-Plaintiffs, | § § | CASE NO. 4:06cv285 |
| v. | § § | |
| PROVIDENCE HOLDINGS, INC. and IMPERIAL CASUALTY AND INDEMNITY INSURANCE COMPANY, | § § § § | |
| Counter-Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the reports of the United States Magistrate Judge in this action (Dkt. 64 and Dkt. 72), this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 3, 2007, the report of the Magistrate Judge was entered recommending that a temporary restraining order be issued in the above-referenced matter. It was recommended that this temporary restraining order remain in effect until August 14, 2007, or otherwise terminate with the court's decision on Providence's Application for Permanent Injunction, whichever came sooner.

1

Then, on August 13, 2007, after the parties filed an agreed motion to extend the temporary restraining order, a subsequent report of the Magistrate Judge was entered recommending that the temporary restraining order should be extended until August 23, 2007 or until the court's decision on Providence's Application for Permanent Injunction, whichever is sooner.

Also contained in the August 3, 2007 report was the Magistrate Judge's order regarding a discovery matter relating to the injunction proceedings. These discovery issues have been disposed of by a separate order issued by the Magistrate Judge and will not be addressed here.

Having received the report of the United States Magistrate Judge, and no objections to the entry of a temporary restraining order having been filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the portion of the Magistrate Judge's report regarding the issuance of the temporary restraining order as the findings and conclusions of the court. Therefore, a temporary restraining order shall be issued by this court.

SIGNED this 17th day of August, 2007.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE